UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :   07 CR. 399 (DLC)
                                         :
            -v-                          :   ORDER
                                         :
JAMES CICCONE,                           :
                                         :
                 Defendant.              :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/28/08

   For the reasons set forth in defense counsel's letter dated February 26, 2008 and with consent of the Goverment, it is hereby

   ORDERED that the sentence date previously scheduled for April 11, 2008 is adjourned to **May 8, 2008** at **11:30 a.m.** There shall be no further adjournment.

   IT IS FURTHER ORDERED that defendant's sentencing submissions shall be due **April 25** and the Government's response shall be due **May 2**.

Dated:  New York, New York
        February 28, 2008

                                          _____
                                          DENISE COTE
                                          United States District Judge