```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :    07 CR. 399 (DLC)
                                         :
          -v-                            :    ORDER
                                         :
JAMES CICCONE,                           :
                                         :
               Defendant.                :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-26-08

Pursuant to the Order of the Second Circuit Court of Appeals dated June 26, 2008 denying defendant James Ciccone's request for a stay of execution of the sentence, it is hereby

ORDERED that the defendant shall surrender to the designated institution by 2 p.m. on June 30, 2008.

Dated:   New York, New York
         June 26, 2008

                                   _____
                                          DENISE COTE
                                   United States District Judge

COPIES SENT TO:

Parvin Moyne
Assistant United States Attorney
One Saint Andrew's Plaza
New York, NY 10007

James Ciccone,
770 Broadway, 2nd Floor
New York, NY 10003

COPY FAXED TO:

Joyce Fallek, U.S. Court of Appeal
United States Marshal's Service - Criminal Section
U.S. Probation Department